# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1907
_____

ARKANSAS FEDERAL CREDIT
UNION,

 Appellant,

 v.

KATHERINE E. EDWARDS and
TED J. EDWARDS,

 Appellees.

_____

On appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

January 27, 2026

PER CURIAM.

 AFFIRMED.

LEWIS, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Michael R. D'Lugo of Wicker Smith O'Hara McCoy & Ford, P.A., Orlando, for Appellant.

Katherine E. Edwards, pro se, Appellee.

Ted J. Edwards, pro se, Appellee.